IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| M.A., an individual | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 2:19-cv-00849 |
| | ) | |
| v. | ) | JUDGE ALGENON MARBLEY |
| | ) | |
| Wyndam Hotels and Resorts, Inc., et al. | ) | MAGISTRATE ELIZABETH |
| | ) | PRESTON DEAVERS |
| Defendants. | ) | |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a), Plaintiff M.A., an individual ("Plaintiff") and Defendant TJM Columbus, LLC d/b/a Crowne Plaza Columbus North-Worthington ("TJM") (collectively the "Parties") jointly move to dismiss any and all of Plaintiff's claims against TJM without prejudice. In accordance with S.D. Ohio Civ. R. 7.3, Plaintiff and TJM have consulted and this motion is unopposed by the Parties.

In her Complaint, Plaintiff alleges that she was a victim of certain sex trafficking events that occurred at the Crown Plaza Columbus North - Worthington hotel (the "Hotel") from the spring of 2014 to August 2015. However, TJM has provided information that it did not own, supervise, or operate the Hotel during this time period. Accordingly, the Parties jointly request to dismiss any and all claims against TJM without prejudice.

Plaintiff reserves its right to seek leave to amend her complaint to bring claims against TJM only if new information that is currently unknown to Plaintiff is discovered and suggests TJM is liable to Plaintiff by contractual obligation or otherwise. TJM does not anticipate such a circumstance, and would oppose any such amendment in the future.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| /s/ *Greg Zarzaur* | /s/ *John Stock* |
| Gregory M. Zarzaur, Esq.<br>Anil A. Mujumdar, Esq.<br>Zarzaur<br>2332 Second Avenue North<br>Birmingham, AL 35203<br>gregory@zarzaur.com<br>anil@zarzaur.com | John F. Stock  (#0004921)<br>Thomas B. Kern (#0084024)<br>41 South High Street, Suite 2600<br>Columbus, Ohio 43215-3506<br>Telephone: (614) 223-9300<br>Facsimile: (614) 223-9330<br>Email:  jstock@beneschlaw.com<br>tkern@beneschlaw.com |
| *Of Counsel for Plaintiff M.A.* | *Attorneys for Defendant,*<br>*TJM Columbus, LLC d/b/a Crowne Plaza*<br>*Columbus North-Worthington, an IHG Hotel* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2019, a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by operation of the Court's case management and electronic filing system.  Parties may access this filing through the Court's case management and electronic filing system.

/s/  *John Stock*
John F. Stock  (#0004921)
Thomas B. Kern (#0084024)
41 South High Street, Suite 2600
Columbus, Ohio 43215-3506
Telephone: (614) 223-9300
Facsimile: (614) 223-9330
Email:  jstock@beneschlaw.com
         tkern@beneschlaw.com

Attorneys for Defendant,
TJM Columbus, LLC d/b/a Crowne Plaza Columbus North-Worthington, an IHG Hotel