United States District Court
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

August 15, 2019

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## Related Case Memorandum
## Civil Cases

**TO:** District Judge Marbley, Magistrate Judge Jolson, and Magistrate Judge Deavers

**FROM:** Kristen Keppler, Case Administrator

**DATE:** July 10, 2019

**SUBJECT:** Case Caption: T.S. v. Intercontinental Hotels Group, et al.

**CASE:** Case Number: 2:19-cv-2970

**DISTRICT JUDGE:** Marbley (referred to Magistrate Judge Jolson)

File Date: July 9, 2019

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

| | | | |
|---|---|---|---|
| Case Caption: | H.H. v. G6 Hospitality LLC, et al. | | |
| Case Number: | 2:19-cv-755 | District Judge: | Marbley |
| File Date: | March 3, 2019 | Magistrate Judge: | Deavers |

**Related Case(s):**

| | | | |
|---|---|---|---|
| Case Caption: | M.A. v. Wyndham Hotels & Resorts, Inc., et al. | | |
| Case Number: | 2:19-cv-849 | District Judge: | Marbley |
| File Date: | March 8, 2019 | Magistrate Judge: | Deavers |

Memo Re: Related Civil Cases
Page 3

**Related Case(s):** _____

Case Caption:    Jane Doe S.W. v. Lorain-Elyria Motel, Inc., et al.

Case Number:    2:19-cv-1194            District Judge:   **Marbley**

File Date:       **March 29, 2019**           Magistrate Judge:   **Deavers**

*Revised 7/19/2012*

Memo Re: Related Civil Cases
Page 3

The District Judges having conferred, we respond to Case Administrator  **Kristen Keppler**
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge  _Marbley + Deavers_

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

_Revised 7/19/2012_