United States District Court
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

11/14/2019

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## Related Case Memorandum
### Civil Cases

TO: District Judge Morrison, District Judge Marbley, Magistrate Judge Jolson, Magistrate Judge Deavers

FROM: Kristen Keppler, Case Administrator

DATE: November 12, 2019

SUBJECT: Case Caption: A.C. v. Red Roof Inns, et al.

CASE: Case Number: 2:19-cv-4965

DISTRICT JUDGE: Morrison (referred to Magistrate Judge Jolson)

File Date: November 8, 2019

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: H.H. v. G6 Hospitality LLC, et al.

Case Number: 2:19-cv-755    District Judge: Marbley

File Date: March 3, 2019    Magistrate Judge: Deavers

**Related Case(s):**

Case Caption: M.A. v. Wyndham Hotels & Resorts, Inc., et al.

Case Number: 2:19-cv-849    District Judge: Marbley

File Date: March 8, 2019    Magistrate Judge: Deavers

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator  __Kristen Keppler__
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge ___MARBLEY___

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*