United States District Court
Southern District of Ohio

## Related Case Memorandum
### Civil Cases

**TO:** Judge Smith, Chief Judge Marbley, Chief Magistrate Judge Deavers, Magistrate Judge Vascura

**FROM:** Michelle Rahwan, Deputy Clerk

**DATE:** 12/09/2019

**SUBJECT:** Case Caption: .C.T. v. Red Roof Inns, Inc. et al.

**CASE:** Case Number: 2:19-cv-5384

**DISTRICT JUDGE:** Judge Smith/Magistrate Judge Vascura

File Date: 12/08/2019

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

**Case Caption:** M.A. v. Wyndham Hotels & Resorts, Inc., et al.

**Case Number:** 2:19-cv-849    **District Judge:** Marbley

**File Date:** 03/08/2019    **Magistrate Judge:** Deavers


**Related Case(s):**

**Case Caption:**

**Case Number:**    **District Judge:**

**File Date:**    **Magistrate Judge:**

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   Michelle Rahwan   as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   Marbley

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

Revised 7/19/2012