UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| M.A., an individual, | ) | |
| | ) | **CASE NO. 2:19-cv-00849** |
| **Plaintiff** | ) | |
| | ) | **Judge Algenon L. Marbley** |
| vs. | ) | |
| | ) | **Magistrate Elizabeth Preston Deavers** |
| WYNDHAM HOTELS AND | ) | |
| RESORTS, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS CHOICE HOTELS INTERNATIONAL INC., WYNDHAM HOTELS & RESORTS, INC., BUCKEYE HOSPITALITY, INC., S&S AIRPORT MOTEL, LLC, KRRISH LODGING, LLC, AND INTER-CONTINENTAL HOTELS CORPORATION'S UNOPPOSED JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S SETTLEMENT DEMAND**

Defendants Choice Hotels International, Inc. ("Choice"), Wyndham Hotels & Resorts, Inc., Buckeye Hospitality, Inc., S&S Airport Motel, LLC dba Days Inn Columbus Airport, Krrish Lodging, LLC ("Krrish"), and Columbus Hospitality, LLC, Inter-Continental Hotels Corporation (collectively, "Defendants"), hereby move the Court for an extension of time to respond to Plaintiff's Settlement Demand. The current deadline is January 31, 2021. Plaintiff submitted her first settlement demand on December 31, 2020. As the Court is aware, Plaintiff filed a Motion for Leave to Amend her Complaint to add additional party defendants. *See* ECF No. 256. The Court has not yet ruled on the Motion for Leave. Because not all of the potential Defendants have joined the case the Defendants are unable to meaningfully evaluate individual or collective liability exposure. The Defendants who are currently parties to the case will need additional time if and after the new party Defendants have entered appearances in the case to consider how the new party Defendants affect Defendants' settlement positions, and complete settlement evaluations.

Defendants request additional time, **up to and including March 31, 2021 or thirty days**

1

**from when the Court rules on the Motion for Leave, whichever occurs first,** to respond to

Plaintiff's demand.  Plaintiff does not oppose Defendants' Requested Relief.  This Motion is made

in good faith by Defendants and is not interposed for purposes of delay.

Respectfully submitted,


/s/ *Jennifer Snyder Heis*
Jennifer Snyder Heis (#0076181)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202-2409
(513) 698-5000
jheis@ulmer.com

and

Alyson Terrell (#0082271)
ULMER & BERNE LLP
65 East State Street, Suite 1100
Columbus, Ohio  43215
(614) 229-0042
aterrell@ulmer.com

and

Sara M. Turner (*pro hac vice*)
Baker, Donelson, Bearman, Caldwell & Berkowitz
Wells Fargo Tower
420 20th Street North, Suite 1400
Birmingham, AL 35203
(205) 250-8316
smturner@bakerdonelson.com

and

Kevin C. Connell
**BRUNS CONNELL VOLLMAR &
ARMSTRONG**
40 North Main Street, Suite 2010
Dayton, Ohio 45423
937-999-6261
kconnell@bcvalaw.com

2

*Attorneys for Defendant*
*Choice Hotels International, Inc.*


/s/  Chenee M. Castruita
Chenee M. Castruita
Douglas P. Holthus
**MAZANEC, RASKIN & RYDER, CO., LPA**
South Third Street, Suite 1000
Columbus, Ohio 43215
614-228-5931
ccastruita@mrrlaw.com
dholthus@mrrlaw.com

*Attorneys for Defendant*
*S&S Airport Motel, LLC*


/s/  David S. Sager
David S. Sager (*pro hac vice*)
**DLA Piper LLP**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey  07078-2704
973-520-2550
david.sager@us.dlapiper.com

Michael R. Reed
Elise K. Yarnell
**HAHN LOESER PARKS LLP**
65 East State Street, Suite 1400
Columbus, Ohio 43215
614-233-5165
mreed@hahnlaw.com
eyarnell@hahnlaw.com

Christopher B. Donovan (*pro hac vice*)
**DLA PIPER LLP**
1000 Louisiana Street, Suite 2800
Houston, Texas 77002
713-425-8449
christopher.b.donovan@dlapiper.com

*Counsel for Defendant*
*Wyndham Hotels & Resorts, Inc.*


3

/s/ Samuel N. Lillard
Mathew A. Parker
Samuel Neal Lillard
**FISHER & PHILLIPS, LLP**
250 West Street, Suite 400
Columbus, Ohio 43215
614-453-7608
mparker@fisherphillips.com
slillard@fisherphillips.com

*Counsel for Defendant*
*Krrish Lodging, LLC*


/s/  Daniel T. Downey
Daniel T. Downey
**FISHEL, HASS, KIM & ALBRECHT**
**DOWNEY, LLP**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
614-221-1216
ddowney@fisheldowney.com

*Counsel for Defendant*
*Buckeye Hospitality, Inc.*


/s/  John M. Hamrick
John M. Hamrick *(pro hac vice)*
**HOLLAND & KNIGHT, LLP**
1180 W. Peachtree Street, NW, Suite1800
404-817-8500
john.hamrick@hklaw.com

and

D. Patrick Kasson
**REMINGER CO., LPA**
200 South Civic Center Drive
Suite 800
Columbus, Oh 43215
614-232-2418
pkasson@reminger.com

*Counsel for Defendant*

4

*Inter-continental Hotels Corp.*
*/s/  Ali I. Haque*
Quintin F. Lindsmith
Ali I. Haque
**BRICKER & ECKLER, LLP**
100 S. Third Street
Columbus, OH 43215
614-227-2359
qlindsmith@bricker.com
ahaque@bricker.com

*Counsel for Defendant Columbus Hospitality, LLC*

5

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed through the Court's Electronic Case Filing System (CM/ECF) on the 29th day of January 2021, and notice will thus be sent to all registered parties, per Civil Rule 5(b)(2)(E).

*/s/ Jennifer Snyder Heis*
Jennifer Snyder Heis (0076181)
*Counsel for Defendant Choice Hotels*
*International, Inc.*