# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| M.A., an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:19-cv-00849 |
| | ) | |
| v. | ) | CHIEF JUDGE ALGENON MARBLEY |
| | ) | |
| Wyndham Hotels and Resorts, Inc., *et.al.* | ) | CHIEF MAGISTRATE JUDGE |
| | ) | ELIZABETH PRESTON DEAVERS |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT IHG

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff M.A., an individual ("Plaintiff") voluntarily dismisses any and all of Plaintiff's claims against Defendant InterContinental Hotels Group, PLC ("IHG") without prejudice. Fed. R. Civ. P. 41(a) provides that "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff respectfully requests that all claims asserted in this action against Defendant IHG be dismissed without prejudice. Plaintiff reserves her right to seek leave to amend her complaint to bring claims against IHG.

DATED: June 21, 2021

Respectfully Submitted,

*/s/ Gregory M. Zarzaur*
Gregory M. Zarzaur, Esq.
Zarzaur Law Firm
2332 Second Avenue North
Birmingham, Alabama 35203
gregory@zarzaur.com

*Counsel for Plaintiff M.A.*

## <u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on June 21, 2021, a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by operation of the Court's case management and electronic filing system.  Parties may access this filing through the Court's case management and electronic filing system.

     Respectfully Submitted,

     ***/s/ Gregory M. Zarzaur***
     Gregory M. Zarzaur, Esq.
     Zarzaur Law Firm
     2332 Second Avenue North
     Birmingham, Alabama 35203
     gregory@zarzaur.com

     *Counsel for Plaintiff M.A.*