# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| M.A., an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:19-CV-00849 |
| ) | |
| WYNDHAM HOTELS & ) | |
| RESORTS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO SEVER AND DISMISS DEFENDANTS CHOICE HOTELS INTERNATIONAL, INC. AND BUCKEYE HOSPITALITY, LLC

Pursuant to Fed. R. Civ. P. 21, Plaintiff M.A. ("Plaintiff") and Defendants Choice Hotels International, Inc. and Buckeye Hospitality, LLC ("Defendants") (collectively, Plaintiff and Defendants are the "Parties") move the Honorable Court to sever Plaintiff's claims solely against Choice Hotels International, Inc. and Buckeye Hospitality, LLC and dismiss such claims with prejudice subject to the enforcement of the Parties' settlement agreement.  Plaintiff has resolved her claims against the Defendants.  Plaintiff and Defendants stipulate and agree that each party will bear their own costs.

Accordingly, the Parties hereby request that the Court sever and dismiss the Defendants from this matter, with prejudice, pursuant to Federal Rules of Civil Procedure 21.  This dismissal shall not affect the claims asserted by Plaintiff against any other Defendant in this case.

Dated: February 28, 2023

                Respectfully Submitted,

| | |
|---|---|
| */s/ Steven C. Babin, Jr. (by email consent)* <br> Steven C. Babin, Jr. (0093584) <br> BABIN LAW, LLC <br> 22 East Gay Street, Suite 200 <br> Columbus, Ohio 43215 <br> steven.babin@babinlaws.com <br><br> *Counsel for Plaintiff M.A.* <br><br> Kimberly Lambert Adams (*pro hac vice*) <br> Kathryn L. Avila (*pro hac vice*) <br> Christopher V. Tisi (*pro hac vice*) <br> Hilary Wood (*pro hac vice*) <br> LEVIN, PAPANTONIO, RAFFERTY, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A. <br> 316 S. Baylen Street, Suite 600 <br> Pensacola, FL 32502 <br> kadams@levinlaw.com <br> kavila@levinlaw.com <br> ctisi@levinlaw.com <br> hwood@levinlaw.com <br><br> Gregory M. Zarzaur (*pro hac vice*) <br> ZARZAUR <br> 2332 Second Avenue North <br> Birmingham, Alabama 35203 <br> gregory@zarzaur.com <br><br> Anil A. Mujumdar (*pro hac vice*) <br> DAGNEY JOHNSON LAW GROUP <br> 2170 Highland Avenue, Ste #250 <br> Birmingham, Alabama 35205 <br> anil@dagneylaw.com <br><br> *Counsel for Plaintiff M.A.* | */s/ Jennifer Snyder Heis* <br> Jennifer Snyder Heis (#0076181) <br> ULMER & BERNE LLP <br> 312 Walnut Street, Suite 1400 <br> Cincinnati, Ohio 45202-2409 <br> jheis@ulmer.com <br><br> Sara M. Turner (*pro hac vice*) <br> BAKER, DONELSON, BEARMAN, ALDWELL & BERKOWITZ, PC <br> 420 North 20th Street, Suite 1400 <br> Birmingham, Alabama 35203-5202 <br> smturner@bakerdonelson.com <br><br> Kevin C. Connell <br> BRUNS CONNELL VOLLMAR & ARMSTRONG <br> 40 North Main Street, Suite 2010 <br> Dayton, Ohio 45423 <br> kconnell@bcvalaw.com <br><br> *Attorneys for the Defendant Choice Hotels International Inc.* <br><br> */s/ Jennifer George* <br> Daniel T. Downey <br> Jennifer H. George <br> FISHEL, DOWNEY, ALBRECHT & RIEPENHOFF LLP <br> 7775 Walton Parkway, Suite 200 <br> New Albany, Ohio 43054 <br> ddowney@fisheldowney.com <br> jgeorge@fisheldowney.com <br><br> *Counsel for Defendant Buckeye Hospitality, Inc.* |

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing was filed electronically February 28, 2023. Notice of this filing will be sent to all parties by operation of the Court's Electronic filing system.  Parties may access this filing through the Court's system.

          */s/ Jennifer Snyder Heis*
          Jennifer Snyder Heis (#0076181)