## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**M.A.,**

    **Plaintiff,**

                                  **Civil Action 2:19-cv-849**
                                  **Chief Judge Algenon L. Marbley**
    **v.**                            **Magistrate Judge Elizabeth P. Deavers**

**WYNDHAM HOTELS &**
**RESORTS, INC.,** *et al.*,

    **Defendants.**

### ORDER

This matter is before the Court on the Joint Motion to Sever and Dismiss Defendants Choice Hotels International, Inc. and Buckeye Hospitality, LLC.  (ECF No. 464.)  For good cause shown, the Motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 21, and Defendants Choice Hotels International, Inc. and Buckeye Hospitality, LLC are hereby **DISMISSED** from this action.

    **IT IS SO ORDERED.**

                                           */s/ Elizabeth A. Preston Deavers*
**DATED:  March 1, 2023**           **ELIZABETH A. PRESTON DEAVERS**
                                       **UNITED STATES MAGISTRATE JUDGE**