**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| M.A., an individual, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:19-cv-00849 |
| ) | |
| v. ) | JUDGE ALGENON MARBLEY |
| ) | |
| Wyndham Hotels and Resorts, Inc., *et.al*. ) | MAGISTRATE JUDGE |
| ) | ELIZABETH PRESTON DEAVERS |
| Defendants. ) | |

**JOINT MOTION TO SEVER AND DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT WYNDHAM HOTELS AND RESORTS, INC.**

Pursuant to Fed. R. Civ. P. 21 Plaintiff M.A. (the "Plaintiff") and Defendant Wyndham Hotels and Resorts, Inc. (collectively, the "Movants") move this Honorable Court to sever only Plaintiff's claims against Wyndham Hotels and Resorts, Inc. and dismiss such claims against Wyndham Hotels and Resorts, Inc. with prejudice. The Movants stipulate and agree that each party will bear their own costs.

Accordingly, the Movants hereby request that the Court sever and dismiss only Plaintiff's claims against Wyndham Hotels and Resorts, Inc. from this matter with prejudice.

DATED: August 6, 2024,    Respectfully Submitted,

| /s/ *Michael R. Reed* | /s/ *Penny Barrick* |
|---|---|
| Michael R. Reed (0063995) Trial Attorney | Penny L. Barrick |
| Elisé K. Yarnell (0093996) | Lead Counsel for M.A. |
| MReed@hahnlaw.com | Penny L. Barrick (0074110) |
| Hahn Loeser & Parks LLP | Babin Law, LLC |
| 65 East State Street, Suite 2500 | 10 West Broad Street, Ste 900 |
| Columbus, OH 43215 | Columbus, OH 43215 |
| Telephone: 614.233.5165 | 614-761-8800 |
| Facsimile: 614.233.5184 | penny.barrick@babinlaws.com |
| *Attorneys for Defendants Wyndham Hotels & Resorts, Inc.* | *Counsel for Plaintiff M.A.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2024, a copy of the foregoing JOINT MOTION TO SEVER AND DISMISS DEFENDANT WYNDHAM HOTELS AND RESORTS, INC. was filed electronically via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's case management and electronic filing system. Parties may access this filing through the Court's case management and electronic filing system.

Respectfully Submitted,

*/s/ Penny Barrick*