IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**M.A.,**

    **Plaintiff,**

                                  Civil Action 2:19-cv-849
                                  Chief Judge Algenon L. Marbley
    v.                              Magistrate Judge Elizabeth P. Deavers

**WYNDHAM HOTELS &**
**RESORTS, INC.,** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court on the Joint Motion to Sever and Dismiss Plaintiff's Claims Against Defendant Wyndham Hotels and Resorts, Inc. (ECF No. 545.) For good cause shown, the Motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 21, and Defendant Wyndham Hotels and Resorts, Inc. is hereby **DISMISSED** from this action **WITH PREJUDICE**.

    IT IS SO ORDERED.

                                                        **/s/** *Elizabeth A. Preston Deavers*
**DATED: August 7, 2024**                   **ELIZABETH A. PRESTON DEAVERS**
                                                         **UNITED STATES MAGISTRATE JUDGE**