UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| M.A., an individual, | ) | CASE NO.:  2:19-cv-00849 |
| | ) | |
| Plaintiff, | ) | JUDGE ALGENON L. MARBLEY |
| | ) | |
| vs. | ) | Magistrate Elizabeth Preston Deavers |
| | ) | |
| WYNDHAM HOTELS AND RESORTS, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants | ) | |

## JOINT STATUS REPORT

Plaintiff M.A. and Defendants MGH Hospitality Ltd. and S&S Airport Motel, LLC ("Defendants") (and together "the Parties"), submit this Joint Status Report in advance of the April 30, 2026 in-person conference. Penny Barrick will appear on behalf of M.A., Tabitha Justice on behalf of MGH, and Cara Wright on behalf of S&S.

**I.      Identify common issues among the TVPRA cases filed in this Court.**

Plaintiff believes that there are common issues among the TVPRA cases. Plaintiff further believes that there are many efficiencies that may be gained based on moving certain groups of cases together.

Defendants do not agree that any common issues exist among the TVPRA cases filed in this Court. Defendants maintain that each case is separate and distinct based on different parties, witnesses, alleged traffickers, and alleged ventures, which in turn affect discovery and the defense of each individual case.

**II..    Identify how the parties categorize or group the TVPRA cases filed in this Court.**

Plaintiff groups cases into tranches for scheduling purposes based on filing date and Plaintiff's counsel. While this categorization may be helpful for certain administrative purposes, the progression of the cases has varied, and some later-filed cases are further along than earlier-filed cases.

Defendant S&S Airport Motel, LLC objects to any categorizations that attempt to group these TVPRA cases together. S&S Airport Motel, LLC asserts that each case should be treated individually.

**III.    Briefly summarize the discovery conducted thus far, including the number of depositions taken.**

<u>Written Discovery</u>

Written Discovery has been exchanged. However, given the passage of time, Defendant S&S Airport Motel, Inc. requests that Plaintiff supplement her production to provide updated mental, psychiatric and/or psychological records, as well as updated social media information.

Plaintiff also invites a meet & confer as it relates to any specific discovery concern.

<u>Fact Witness Depositions</u>

1)  Plaintiff M.A.

2)  Rule 30(b)(6) representative of  S&S Airport Motel, LLC (Arthur Lin)

3)  Rule 30(b)(6) representative of MGH Hospitality, Ltd.  (Yong Hwang)

4)  Rule 30(b)(6) representative of Ash Management Corp. (Arthur Ashraff)

5)  Rule 30(b)(6) representative of Wyndham Hotels & Resorts, Inc. (Michael Mueller)

6)  Rule 30(b)(6) representative of Krrish Lodging, LLC 30(b)(6) (Alpesh Patel, Andy Patel)

7) Rule 30(b)(6) representative of Dreamland Hotels Corporation 30(b)(6) (Pramod Patel)

8) Rule 30(b)(6) representative of First Hotel Management, LLC (Xia Zhang)

9) M.A.'s mother

10) Annemarie Fairweather

11) Melissa Falvey

12) Michael Hall

13) Kelly Hill

14) Laura Hudson

15) Nicholes Hudson

16) Jenny Labold

17) John Meilstrup

18) Chris Nowak

19) Joyce Robinson

20) Jamie Russo

21) Brandy Scarberry

Expert Witness Depositions

1) Ulrike Gretzel

2) Michelle Guelbart

3) Allison Houle

4) Joseph Jones

5) Kimberly Mehlman-Orozco

6) Alan Tallis

7) Tom Tiderington

**IV.      Briefly summarize the type and amount of discovery remaining.**

As described above, S&S Airport Motel, LLC seeks supplemental discovery responses from Plaintiff and requests to take her deposition to obtain updated information related to damages prior to trial.

Plaintiff opposes further deposition. She has been deposed twice.

**V.       Identify any pending motions.**

There are no pending motions in this case.

**VI.      Discuss readiness of the case for mediation and/or previous mediation attempts.**

The parties have attempted mediation of this matter, including formal mediation on October 18, 2023. These efforts have been unsuccessful.

**VII.     Propose agenda items for the in-person conference.**

Establish schedule to complete supplemental discovery and set case for trial.

Respectfully submitted,

BABIN LAW, LLC

/s/ Penny L. Barrick
Penny L. Barrick (0074110)
Steven C. Babin, Jr. (0093584)
10 W Broad Street
Suite 900
Columbus, Ohio 43215
P: 614.761.8800
F: 614.706.1775
C: 614.747.6184
penny.barrick@babinlaws.com
steven.babin@babinlaws.com

*Counsel for Plaintiff*

FREEMAN MATHIS & GARY, LLP

s/Cara M. Wright
ELISABETH D. GENTILE (0066886)
CARA M. WRIGHT (0084583)
CORI A. AGNONI (0105176)
65 East State Street, Suite 2550
Columbus, Ohio 43215
T:  614-699-2386  |  F: 888-356-3590
Elisabeth.Gentile@fmglaw.com
Cara.Wright@fmglaw.com
Cori.Agnoni@fmglaw.com

*Counsel for Defendant S&S Airport Motel, LLC, dba Days Inn Columbus*
SUBASHI, WILDERMUTH & JUSTICE

/s/ Tabitha Justice
Nicholas E. Subashi (0033953)
Tabitha Justice (0075440)

*Page 4 of 5*

The Greene Town Center
50 Chestnut Street, Suite 230
Dayton, Ohio 45440
T: 937-427-8800 | F: 937-427-8816
Nsubashi@swjohiolaw.com
tjustice@swjohiolaw.com

*Counsel for MGH Hospitality, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's case management and electronic filing system.  Parties may access this filing through the Court's case management and electronic filing system.

*/s/ Penny L. Barrick*
Penny L. Barrick (0074110)